IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID BELL, *et al.*, | No. 4:17-CV-02020 |
| Plaintiffs, | (Judge Brann) |
| v. | |
| MATTHEW R. FARRELL, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 10th day of July 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Motion in Limine, Doc. 44, is **DENIED WITH PREJUDICE**.

2. Defendants' Omnibus Motion in Limine, Doc. 42, is **GRANTED IN PART AND DENIED IN PART**, per the below.

3. Defendants' motion to preclude Plaintiffs from offering evidence concerning Plaintiff David Bell's lost wages is **DENIED WITH PREJUDICE**.

   a. Defendants' motion to preclude Plaintiffs from offering evidence concerning Plaintiff David Bell's lost earning capacity is **GRANTED**.

- 2 -

b. Defendants' motion to preclude Plaintiffs from offering the specific and discrete expert opinion testimony from Craig Wilkenfeld, M.D. that "the injuries to Plaintiff Bell's spleen, which required surgery, related to the severity of the impact of the crash, which in turn caused atrial fibrillation and heart injury with attendant future medical risks" is **DENIED WITH PREJUDICE**.

c. Defendants' motion to preclude Craig Wilkenfeld, M.D.'s testimony as cumulative to the testimony of Tariq Rahman, M.D. is **DENIED WITHOUT PREJUDICE**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge